Date: 07/21/10  **DIVIDENDS REMITTED TO THE COURT**  150645  Page:

Case Number 09-18928 - CLARK, ERNEST

| Creditor | Claim No. | Amount Allowed | | Amount Paid |
|---|---|---|---|---|
| Hmc Group<br>29065 Clemens Rd<br>Westlake, OH 44145<br>  ACCOUNT NO. 7412 | 000004 | 220.00 | CK<br>103 | 1.18 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>  ACCOUNT NO. 6123 | 000007 | 472.00 | CK<br>106 | 2.54 |
| ---------- Remittance Total --------------- | | 692.00 | | 3.72 |

*[signature]*
RICHARD A. BAUMGART, Trustee